UNITED STATES DISTRICT COURT
                 FOR THE MIDDLE DISTRICT OF TENNESSEE
                         NASHVILLE DIVISION

JOLENE L. HOFFMAN,                )
                                  )
        Plaintiff,                )
                                  )
        v.                        )     NO.  3:10-1140
                                  )     Judge Haynes/Bryant
COMDATA NETWORK, INC.,            )
                                  )
        Defendant.                )

                          **O R D E R**

        This matter has been referred to the undersigned
Magistrate Judge for management of the case (Docket Entry No. 5).

        An initial case management conference is set for **Monday,
March 7, 2011, at 10:30 a.m.** in Courtroom 776, U.S. Courthouse, 801
Broadway, **Nashville**, Tennessee.  The parties shall file a proposed
case management order three (3) business days prior to March 7,
2011.

        It is so **ORDERED**.

                                s/ John S. Bryant
                                JOHN S. BRYANT
                                United States Magistrate Judge