IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JOLENE L. HOFFMAN ) | |
| ) | No. 3-10-1140 |
| v. ) | |
| ) | |
| COMDATA NETWORK, INC. ) | |

O R D E R

By order entered March 7, 2011 (Docket Entry No. 12), Magistrate Judge Bryant referred this case to the undersigned Magistrate Judge to conduct a settlement conference. Pursuant to the order entered March 10, 2011 (Docket Entry No. 14), a settlement conference was held on April 28, 2011, at the conclusion of which the parties were not able to reach a settlement.

The undersigned remains willing to convene further settlement proceedings, upon the parties' request and subsequent referral from Judge Bryant, as this case progresses.

The Clerk is directed to return the file in this case to Judge Bryant.

Unless otherwise referred or motion of the parties, as provided above, there will be no further proceedings in this case before the undersigned.

It is so ORDERED.

_____
JULIET GRIFFIN
United States Magistrate Judge