UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

JOLENE L. HOFFMAN,                    )
                                      )
        Plaintiff,                    )
                                      )
        v.                            )    NO.  3:10-1140
                                      )    Judge Sharp/Bryant
COMDATA NETWORK, INC.,                )
                                      )
        Defendant.                    )

**O R D E R**

The Rule 31 Mediator, Tracy Shaw, has filed his Report of Rule 31 Proceeding (Docket Entry No. 18) advising that this matter has been resolved. The parties shall file a stipulation and proposed order of dismissal upon the consummation of their settlement and, in any event, by **September 30, 2011.**

The Clerk shall return the file to the District Judge for his consideration of the stipulation and proposed order of dismissal once it has been filed.

It is so **ORDERED**.

s/ John S. Bryant
JOHN S. BRYANT
United States Magistrate Judge